IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH SCHWARTZ, et al., | : | CONSOLIDATED UNDER |
| | : | MDL 875 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ABEX CORP., ET AL., | : | E.D. PA CIVIL ACTION NO. |
| | : | 2:05-cv-02511-ER |
| Defendants. | : | |

## **O R D E R**

**AND NOW**, this **27th** day of **May, 2015,** for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Second Motion for Summary Judgment of Defendant **Pratt & Whitney** (ECF No. 61) is **GRANTED.**

                                  **AND IT IS SO ORDERED.**

                                **/s/ Eduardo C. Robreno**
                                **EDUARDO C. ROBRENO, J.**